IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| UNITED STATES OF AMERICA | CRIMINAL NO: 7:23-900 |
|---|---|
| v. | 18 U.S.C. § 1519 |
|  | 18 U.S.C. § 1512(b)(3) |
| **DA RON JEROME COLLINS** | **SEALED INDICTMENT** |

## COUNT 1

THE GRAND JURY CHARGES:

That between on or about May 13, 2023 and on or about May 15, 2023, in the District of South Carolina, the Defendant, **DA RON JEROME COLLINS**, did knowingly alter, destroy, mutilate and conceal a record, document and tangible object, with the intent to impede, obstruct, and influence the investigation and proper administration of a matter within the jurisdiction of a department and agency of the United States, to wit: kidnapping, a possible violation of Title 18, United States Code, Section 1201(a), a matter within the jurisdiction of the United States Department of Justice, a department and agency of the United States, in relation to and in contemplation of such matter.

In violation of Title 18, United States Code, Section 1519.

## COUNT 2

THE GRAND JURY FURTHER CHARGES:

That on or about May 17, 2023, in the District of South Carolina, the Defendant, **DA RON JEROME COLLINS**, knowingly engaged in misleading conduct towards another person with the intent to hinder, delay, and prevent the communication to a law enforcement officer and a judge of the United States of information relating to the commission and possible commission of a federal offense, that is, the Defendant, **DA RON JEROME COLLINS**, knowingly and intentionally misled investigators of the Spartanburg County Sheriff's Office investigating the possible kidnapping of his dating and intimate partner, CLY, by providing a false and misleading account of his observations and contact with CLY on May 15, 2023. Specifically, the Defendant, **DA RON JEROME COLLINS**, falsely claimed that CLY transported herself away from the residence located at 5022 Pratt Drive in Boiling Springs, South Carolina, in her 2009 white Infinity automobile on May 15, 2023, the day she disappeared, when in truth and in fact, the Defendant, **DA RON JEROME COLLINS**, retained possession of the 2009 white Infinity automobile on May 15, 2023, after CLY disappeared, until he abandoned the automobile in a location away from his residence;

In violation of Title 18, United States Code, Section 1512(b)(3).

A  True  Bill



FOREPERSON

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

BY: *L. Washington*
LEESA WASHINGTON (FED. ID 06973)
Assistant United States Attorney
55 Beattie Place, Suite 700
Greenville, South Carolina 29601
Telephone: (864) 282-2100
Email: Leesa.Washington@usdoj.gov