IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 7:23-CR-0900-TMC-1 |
| | ) | |
| v. | ) | MOTION FOR |
| | ) | STATUS HEARING |
| DA RON JEROME COLLINS | ) | |

This matter is before the Court on motion for the defendant, Da Ron Jerome Collins, for a hearing to review the status of present counsel and her continued representation of the defendant. Counsel has become aware that there may exist a conflict of interest with her continued representation of Mr. Collins.

Defense counsel has consulted with Assistant United States Attorney Leesa Washington and is authorized to inform the court that the government has no objection to this motion.

s/Lora Blanchard
Lora Blanchard (Fed. Bar # 9677)
Assistant Federal Public Defender
75 Beattie Place, Suite 950
Greenville, South Carolina 29601
(864) 235-8174

January 29, 2024
Greenville, SC