IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO: 7:23-cr-00900-TMC-1 |
| v. | |
| DA RON JEROME COLLINS | AMENDED ELEMENTS AND PENALTIES |

To sustain its burden of proof, the Government is required to prove the following:

**COUNT 1:**    ESSENTIAL ELEMENTS OF 18 U.S.C. SECTION 1519
(Obstruction of Justice)

(1) the defendant knowingly destroyed, concealed, or covered up any record, document, or tangible object;

(2) the defendant, acting in relation to or in contemplation of the investigation or proper administration of a matter, intended to impede, obstruct, or influence the investigation or proper administration of that matter; and

(3) the matter was within the jurisdiction of a department or agency of the United States.

**Penalties:** 18 U.S.C. § 1519 — a maximum term of imprisonment of not more than 20 years, a fine of $250,000 and a term of supervised release not more than three (3) years plus a special assessment fee of $100.

**COUNT 2:**    ESSENTIAL ELEMENTS OF 18 U.S.C. SECTION 1512(b)(3)
(Witness Tampering)

(1) the defendant knowingly engaged in misleading conduct toward another person;

(2) the defendant acted with the intent to hinder, delay, or prevent the communication of information, and that it is reasonably likely that, if the misleading conduct had not occurred, at least one relevant communication would have been made to a federal law enforcement officer or federal judge; and

(3) such truthful information related to the commission or possible commission of a federal offense.

**Penalties:** 18 U.S.C. § 1512(b)(3) — a maximum term of imprisonment of not more than 20 years, a fine of $250,000 and a term of supervised release not more than three (3) years plus a special assessment fee of $100.