UNITED STATES OF AMERICA

vs

DARON JEROME COLLINS

RECEIVED
USDC CLERK, GREENVILLE, SC
2024 JUN 24  AM 10: 24

MOTION FOR INITIAL BOND APPEARANCE

Comes now, DARON JEROME COLLINS, in the above style of referenced cause. I DARON JEROME COLLINS am petitioning in the Pro'se manner for a bond according to the bond Act pursuant to 18 USC § 3146(c) under 5 of federal Rules of criminal Procedure.
DEE Thomas Murphy no 1:22-cr-72-mr-wcm United States District Court W.D. North Carolina, Asheville Division Jan 19 2023.
A defendent is entitled to bond pursuant to the bond Act. A bond is a fundamental right to any person(s) whom is detained for an alleged criminal Act. I am excercing due dillgence in pursuant to due process and fairness for any and all rights under the bond process. Ultimately, I am innocent until proven guilty, however, being denied a fair bond hearing expresses that im allegedly guilty.

copy 1 of 2

Respectfully submitted on this 18th day of June, 2024.

Wherefore, Defendant request a bond hearing and bond set in the effort to excerceise all rights attributal to the.

*[signature]*                    Daron Jerome Collins

I Daron Jerome Collins under title 1746, penalty of perjury that all information contained in this request for a bond hearing is true and correct.

copy 2 of 2