UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff,*<br><br>v.<br><br>DA RON COLLINS<br>*Defendant.* | CRIMINAL ACTION NO.<br>7:23-CR-00900-TMC-1<br><br><br>**MOTION FOR BOND** |

COMES NOW, undersigned counsel on behalf of Defendant, Da Ron Collins, and hereby moves this Honorable Court for a bond to be set.

Mr. Collins was arrested on federal charges on November 15, 2023. On November 16, 2023, Mr. Collins was arraigned on one count of Obstruction of Justice under Title 18 U.S.C. Section 1519 and one count of Witness Tampering under Title 18 U.S.C. Section 1512 (b)(3).

On November 17, 2023, the government filed a Motion for Detention ECF #22). A Detention Hearing was scheduled for November 21, 2023 (ECF #14). On November 20, 2023, Mr. Collins filed a Waiver of Detention Hearing in which he reserved his right to revisit bond in the future (ECF # 23).

Mr. Collins now wishes to revisit the issue of bond. The government, by and trough AUSA Leesa Washington opposes bond and renews its Motion for Detention.

        Respectfully submitted,

      s/ *Bradley Bennett*
Bradley Bennett, Fed ID # 8011
Law Office of Bradley Bennett
3703 White Horse Road
Greenville, SC 29611
Telephone: (864) 232-5800
Jbradleybennettlaw@gmail.com
Attorney for Defendant

July 12, 2024
Greenville, South Carolina

.