IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO.: 7:23-00900-TMC |
| v. | |
| DA RON JEROME COLLINS | |

## JOINT STATUS REPORT

The United States of America, by and through its undersigned counsel, and counsel for Defendant Da Ron Jerome Collins, pursuant to the Court's July 23, 2024 order, respectfully files this joint status report. This case is scheduled for jury selection on August 26, 2024. (ECF No. 52). Counsel for the Government believes that the presentation of its case would likely take 2-3 days. Defense counsel believes that presentation of the defendant's case will likely require 1 day. The parties have conferred and have determined that 3-4 working days is sufficient to complete the trial of this case.

Respectfully submitted:

| | |
|---|---|
| ADAIR F. BOROUGHS | BRADLEY BENNETT |
| UNITED STATES ATTORNEY | ATTORNEY FOR DEFENDANT |
| | |
| By: s/*Leesa Washington* | By: *s/Bradley Bennett* |
| Leesa Washington (Fed. ID #06973) | Bradley Bennett (Fed. ID #8011) |
| Assistant United States Attorney | The Law Office of Bradley Bennett |
| 55 Beattie Place, Suite 700 | 3703 White Horse Road |
| Greenville, South Carolina 29601 | Greenville, SC 29611 |
| Telephone: (864) 282-2100 | Telephone: (864) 232-5800 |
| Email: Leesa.Washington@usdoj.gov | Email: Jbradleybennettlaw@gmail.com |

July 24, 2024