UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

UNITED STATES OF AMERICA

V.

DA RON JEROME COLLINS

**EXHIBIT AND WITNESS LIST**

Case Number: 7:23-00900-TMC

| PRESIDING JUDGE | | | PLAINTIFF'S ATTORNEY | | | DEFENDANT'S ATTORNEY | |
|---|---|---|---|---|---|---|---|
| Hon. Kevin F. McDonald | | | Leesa Washington, AUSA | | | Bradley Bennett | |
| TRIAL DATE(S):<br>July 24, 2024 | | | COURT REPORTER | | | COURTROOM DEPUTY<br>Amanda Williams | |

| GOVT. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | **SA Heather Cox-McClain, ATF** |
| 1 | | 7/24/2024 | ✓ | ✓ | 911 Call_Audio_ May 13, 2023 |
| 2 | | 7/24/24 | ✓ | ✓ | Domestic Violence Call_Officer Blackwell BWC_May 13, 2023 |
| 3 | | 7/24/24 | ✓ | ✓ | Jail Call to Ineisha Collins_July 11, 2023 |
| 4 | | 7/24/24 | ✓ | ✓ | Jail Call to R. Woods_July 11, 2023_Timestamp: 03:10-03:20; 04:48-05:05 |
| 5a | | 7/24/24 | ✓ | ✓ | Photo _ Infinity sedan_Flock Camera_May 15, 2023 |
| 5b | | 7/24/24 | ✓ | ✓ | Photo _Infinity sedan_Exterior Ace Hardware_May 15, 2023 4:20 pm |
| 5c | | 7/24/24 | ✓ | ✓ | Photo __Casey Young_Interior Ace Hardware_May 15, 2023 4:33 pm |
| 5d | | 7/24/24 | ✓ | ✓ | Photo _Infinity sedan_Exterior Ace Hardware_ May 15, 2023 4:43 pm |
| 5e | | 7/24/24 | ✓ | ✓ | Photo _Young's Arrival @ 5022 Pratt Dr_ May 15, 2023 4:51 pm |
| 5f | | 7/24/24 | ✓ | ✓ | Photo _Parking Configuration_ May 13, 2023 |
| 5g | | 7/24/24 | ✓ | ✓ | Photo _ Collins @ Infinity sedan_May 15, 2023 5:24 pm |
| 5h | | 7/24/24 | ✓ | ✓ | Photo _ Above-garage Camera_5022 Pratt Dr |
| 5i | | 7/24/24 | ✓ | ✓ | Photo _ Above-garage Camera View_5022 Pratt Dr |
| 5j | | 7/24/24 | ✓ | ✓ | Photo-4pk _ Apartment Complex Parking Lot_ May 15, 2023 |
| 5k | | 7/24/24 | ✓ | ✓ | Photo _ Infinity sedan in Apartment Complex Parking Lot_May 15, 2023 |

Page 1 of __1__ Pages