# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| United States of America ) | |
| ) | CASE NUMBER: 7:23cr900-TMC |
| VS. ) | |
| ) | **ORDER** |
| Da Ron Jerome Collins ) | |

The Clerk of Court is hereby authorized to return all exhibits to the parties introducing them.

**IT IS FURTHER ORDERED** that the parties are to maintain the exhibits intact as returned until the time of filing an appeal has expired.

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

Dated: 7/29/24
Greenville, South Carolina

---

Receipt is hereby acknowledged of the designated exhibits introduced in evidence in the above-captioned case by the Plaintiff(s)/Defendant(s).

Attorney(s) _____
7/29/24

Including proffered exhibits     _____
_____
_____