IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

UNITED STATES OF AMERICA

VS

CR NO. 7:23CR900-1

DA RON JEROME COLLINS

# PLEA

The defendant, **DA RON JEROME COLLINS**, having withdrawn his/her plea of Not Guilty entered, pleads **GUILTY** to Count(s) **1+2** of the **INDICTMENT** after arraignment in open court.

_____
(Signed) Defendant

Date: 7/25/24
Anderson, South Carolina