# CURRICULUM VITAE



*Mathew J. Wilde*
Supervisory Special Agent, Federal Bureau of Investigation
452 Lakeshore Parkway
Rock Hill, SC 29730
Office: 803-327-1151
Cell:    410-443-6457
Email: mjwilde@fbi.gov

## PROFESSIONAL EXPERIENCE

**Special Agent** (November 2010 – Present)
Federal Bureau of Investigation
Baltimore, MD and Rock Hill, SC

- **July 2022 to Present:** CAST Field Supervisory Special Agent (SSA) assigned to FBI Headquarters.  Manage team of seventeen CAST Field and National Assets in the Southeast Region in their daily duties to include case assignment, peer reviews, program management crisis response, recruiting, training, and coordination between CAST, FBI Field Offices, and other State, Local, and Federal Agencies.

- **May 2019 to July 2022:** CAST National Asset: Assigned to FBI Headquarters CAST Unit, Conduct Historical Call Detail record analysis, drive testing, training, and testimony throughout the United States. Respond to emergency situations to provide historical and active telephone location analysis. Provide CAST related case consultations to Local, state, and federal law enforcement officers and prosecutors.

- **July 2015- May 2019**:  Assigned to the Maryland Joint Violent Crime Fugitive Task Force. One of four Special Agents co-located within the Baltimore City Police Department's City-wide Robbery Task Force. Primary responsibilities include identification of commercial robbery patterns, and preparing cases for federal prosecution in reference to violations the Hobbs Act and Federal Firearms Regulations. Also perform Principal Relief Supervisory and Field Training Agent functions for the Violent Crime Squad. Consistently complete cell site analysis in support of state, local and federal criminal investigations.

- **November 2010 – July 2015**: Assigned to the Rockville Resident Agency and the Prince George's County, Maryland Cross Border Task Force which is responsible for investigating criminal enterprises, robberies, kidnappings, fugitive cases and other crimes of violence. Coordinated with task force members and detectives from agencies in the Washington D.C. Metropolitan area to identify criminal organizations responsible for the commission of violent armed robberies.

- **2000-2010**: Employed as Deputy Sheriff and Investigator at the Spartanburg County, South Carolina Sheriff's Office. Assigned to Uniform Patrol until transition to Criminal Investigations in 2003. Primary responsibilities included investigating burglary, auto theft, arson, and narcotics violations. From 2008 to 2010 assigned to the Regional Support Unit, a small group of investigators assigned to address crime trends and neighborhood complaints in reference to violent crime, property crime, and narcotics complaints. SWAT team member from 2007 until 2010, K-9 Tracking Team leader from 2005 – 2007.

## EDUCATION

B.S., Business Administration/Accounting, Limestone
College Gaffney, South Carolina (2000)

PROFESSIONAL TRAINING

Received over 400 hours of training in Cellular Telephone Analysis, including as described below:
- South Carolina Criminal Justice Academy, Basic Police Officer Certification, Columbia, SC (2000)
- FBI New Agents Training, Quantico, Virginia (2010)
- FBI Project Pinpoint, Denver, Colorado  (July 2012)
  - Historical Cell Site Analysis in Investigations
  - Cellular technology and network operation
  - Geographical mapping platforms
  - Aquiring and importing cell towers into mapping platforms
  - Geographically plotting cellular records using cell site location and other data
  - Microsoft Excel for analysis of records
  - Cellular record interpretation
- FBI Advanced Project Pinpoint, Miami, Florida (January 2016)
  - Advanced mapping platforms and tools
  - Advanced cellular record analysis and interpretation
  - Introduction to demonstrating and presenting cellular evidence
- CAST Certification Course Part 1 (March 2016)
  - Radio Frequency Theory
  - Expert Witness Training
  - Cellular Provider Training
- CAST Certification Course Part 2 (May 2016)
  - Advanced Mapping Software
  - Drive Test Instruction
  - Moot Court
- FBI Presentation Skills       –  April 2015
- CAST Coordination Meeting – January 2017
- CAST Coordination Meeting – April 2018
- FBI Cyber Training             – August 2018
- CAST Coordination Meeting – February 2019
- CAST Coordination Meeting – February 2020
- CAST Coordination Meeting – May 2021
- CAST Coordination Meeting – March 2022
- CAST Coordination Meeting – March 2023
- CAST Coordination Meeting – February 2024

PROFESSIONAL INSTRUCTION

Instructor, Baltimore County Police Violent Crimes Seminar (January 2017, January 2018, January 2019, February 2020)

Instructor, Maryland State Attorney's Conference (May 2019)

Instructor, International Homicide Investigators Conference, Buffalo, NY (June 2019)

Instructor, United Kingdom College of Policing Radio Frequency Conference (March 2022)

Lead Instructor, Project Pinpoint: Baltimore City, MD (May 2017), Howard County (November 2017), Baltimore County,MD (March 2018), New Castle County, DE (August 2018), Round Rock, Texas (September 2018) Baltimore (February 2019), New Castle County, DE (February 2019), HIDTA (October 2019), Baltimore County (October 2019), New Castle County, DE (November 2019), Prince George's County (November 2019), Baltimore FBI (May 2021), Washington Field Office (August 2021), Little Rock, Arkansas (May 2022), Charlotte, North Carolina (October 2022), Daytona Beach, FL (March 2023),York, SC (November 2023), Columbia, SC (March 2024), Myrtle Beach, SC (April 2024)

Assistant Instructor, FBI Advanced Project Pinpoint (March 2019, September 2020, April 2021, April 2022)
Assistant Instructor, Critical Incident Response Assessment (CIRA) (July 2019, July 2022, June 2023)

Assistant Instructor 2019 CAST Certification Court Moot Court (September 2019, September 2021, September 2022)

## Expert Testimony

Provided testimony regarding Historical Call Detail Records and Cellular Technology over 150 times in federal and state courts as listed below:

United States District Court for the District of Maryland; Baltimore City Circuit Court; Baltimore County Circuit Court; Dorchester County Circuit Court; Montgomery County Circuit Court; Prince George's County Circuit Court; Anne Arundel County Circuit Court; Somerset County Circuit Court; Superior Court for the District of Columbia; United States District Court for the District of Columbia; Berkeley County, WV Circuit Court; Cumberland County, PA Circuit Court; Luzerne County, PA; Aiken County, SC Circuit Court; Edgefield County, SC Circuit Court; Spartanburg County, SC Circuit Court; Greenville County, SC Circuit Court; York County, SC Circuit Court; Guilford County, NC Circuit Court; United States District Court for the Western District of NC; United States District Court for the Southern District of Georgia; Polk County, FL Circuit Court; US District Court for the District of Delaware; US District Court for the Eastern District of Tennessee; Colleton County, South Carolina Circuit Court; Knox County, Tennessee Circuit Court; York County, SC Circuit Court; US District Court for the Middle District of Tennessee; US District Court for San Juan Puerto Rico; US District Court for the Eastern District of Virginia; US District Court for the Middle District of North Carolina.

## AWARDS

2015 - Recipient of United States Attorney's Office, Eastern District of Virginia Award
2016 - Commendation Recipient, Howard County, Maryland
2020 - Recipient of Pete Twardowicz Award, United States Attorney's Office for the District of Maryland

SSA Mathew J. Wilde

Testimony List as of 2/19/2025

| Date | Case | Court |
|---|---|---|
| 9/16/2016 | US v. Matthew Hightower | US District Court of Maryland at Baltimore |
| 9/22/2016 | US v. Reginald Aibeken | US District Court of Maryland at Baltimore |
| 10/5/2016 | US v. Harry Crawford | US District Court of Maryland at Baltimore |
| 1/26/2017 | State v. Doral Cooke | Baltimore County, MD Circuit Court |
| 2/21/2017 | State v. Tyriek Bowden | Baltimore County, MD Circuit Court |
| 2/24/2017 | State v. Derrick Mondowney | Baltimore County, MD Circuit Court |
| 3/1/2017 | State v. Gregory Neally | Baltimore County, MD Circuit Court |
| 3/9/2017 | State v. Christopher Wise | Baltimore City, MD Circuit Court |
| 5/4/2017 | State v. Terrance Brown | Dorchester County, MD Circuit Court |
| 5/19/2017 | State v. lisa Kucinski | Baltimore County, MD Circuit Court |
| 6/7/2017 | State v. lisa Kucinski | Baltimore County, MD Circuit Court |
| 6/8/2017 | State v. Allen Hicks | Baltimore County, MD Circuit Court |
| 8/14/2017 | State v. Hayes Sample | Baltimore County, MD Circuit Court |
| 9/8/2017 | State v. Jeffrey White | Baltimore City, MD Circuit Court |
| 9/12/2017 | State v. Andre Faison | Baltimore County, MD Circuit Court |
| 10/13/2017 | State v. Nass Van Camp | Berkely County, WV Circuit Court |
| 10/18/2017 | US v. Andre Small | US District Court of Maryland at Baltimore |
| 11/13/2017 | State v. Damon Alexander | Baltimore City, MD Circuit Court |
| 11/20/2017 | State v. William Parker | Prince George's County MD Circuit Court |
| 12/14/2017 | State v. Brandon Heigh | Baltimore County, MD Circuit Court |
| 12/18/2017 | US v. Wesley Brown | US District Court of Maryland at Baltimore |
| 1/4/2018 | State v. Darnell Worrell | Baltimore City, MD Circuit Court |
| 1/26/2018 | State v. Nikko Talley | Anne Arundel County, MD Circuit Court |
| 2/8/2018 | State v. Antonio Macklin | Baltimore City, MD Circuit Court |
| 2/12/2018 | State v. Dallas Evans | Baltimore City, MD Circuit Court |
| 2/16/2018 | State v. Antonio Macklin | Baltimore City, MD Circuit Court |
| 2/26/2018 | US v. Fields | US District Court of Maryland at Baltimore |
| 2/28/2018 | US v. Williams | US District Court of Maryland at Baltimore |
| 4/16/2018 | State v. Simmons | Baltimore County, MD Circuit Court |
| 4/17/2018 | State v. Darnell Worrell | Baltimore City, MD Circuit Court |
| 4/25/2018 | State v. Marco Holmes | Baltimore City, MD Circuit Court |
| 5/30/2018 | State v. Keeko Stern | Baltimore City, MD Circuit Court |
| 6/7/2018 | State v. Domanic Washington | Baltimore County, MD Circuit Court |
| 6/25/2018 | State v. Richard Jones | Baltimore City, MD Circuit Court |
| 7/19/2018 | US v. Paul Swann | District of Columbia Superior Court |
| 8/6/2018 | US v. Dacquan Gregory | District of Columbia Superior Court |
| 8/10/2018 | State v. Craig Williams | Baltimore City, MD Circuit Court |
| 8/10/2018 | State v. Gibran Anderson | Anne Arundel County, MD Circuit Court |
| 8/15/2018 | US v. Darius Wilder | US District Court of Maryland at Greenbelt |
| 10/2/2018 | State v. Darrell Burrell | Baltimore County, MD Circuit Court |
| 10/16/2018 | US v. Montana Barronette | US District Court of Maryland at Baltimore |
| 10/18/2018 | State v. Malcom Jordan | Baltimore County, MD Circuit Court |
| 11/20/2018 | State v. Anthonly Alston | Baltimore County, MD Circuit Court |
| 11/27/2018 | US v. Trevon Beasley | US District Court of Maryland at Baltimore |
| 12/12/2018 | State v. Denzel Ragland | Montgomery County, MD Circuit Court |
| 1/9/2019 | State v. Christopher Wise | Baltimore City, MD Circuit Court |
| 1/18/2019 | State v. Johnathan Pfifer | Baltimore City, MD Circuit Court |
| 2/8/2019 | State v. Robert Anderson | Cumberland County, PA |
| 3/6/2019 | US v. Abdul Samuels | United States District Court Washington DC |
| 3/7/2019 | US v. Kimberly Thompsn | United States District Court Washington DC |
| 3/22/2019 | US v. Tillman | US District Court of Maryland at Baltimore |
| 4/1/2019 & 4/9/2019 | US v. Dante Bailey, et. al | US District Court of Maryland at Baltimore |
| 4/2/2019 | State v. Jeffrey Taylor | Montgomery County, MD Circuit Court |
| 4/3/2019 | State v. Antonio Simpkins | Aiken County, SC Circuit Court |
| 4/12/2019 | State v. Craig Williams | Baltimore City, MD Circuit Court |
| 4/12/2019 | State v. Kevin Glover | Baltimore County, MD Circuit Court |
| 4/15/2019 | State v. Dustin Walker | Baltimore County, MD Circuit Court |
| 4/26/2019 | State v. Dawnta Harris | Baltimore County, MD Circuit Court |
| 4/15/2019 | State v. AntonioJones | Baltimore County, MD Circuit Court |
| 5/20/2019 | State v. Finch, et. al | Baltimore County, MD Circuit Court |
| 5/31/2019 | State v. Malik Mungo | Baltimore County, MD Circuit Court |
| 6/7/2019 | State v. Kairee Dorsey | Montgomery County, MD Circuit Court |
| 6/7/2019 | State v. Bradford Thompson | Baltimore City, MD Circuit Court |
| 6/20/2019 | US v. Marquise McCanst | US District Court of Maryland at Baltimore |
| 6/28/2019 | US v. William Hill | US District Court of Maryland at Greenbelt |

1

SSA Mathew J. Wilde
Testimony List as of 2/19/2025

| Date | Case | Court |
|---|---|---|
| 6/28/2019 | State v. Tyrone White | Baltimore City, MD Circuit Court |
| 8/7/2019 | State v. Keon Gray | Baltimore City, MD Circuit Court |
| 8/13/2019 | State v. Anthony Alston | Baltimore City, MD Circuit Court |
| 8/16/2019 | State v. Turner, Worthington | Baltimore County, MD Circuit Court |
| 8/21/2019 | State v. Bryant Whitaker | Baltimore City, MD Circuit Court |
| 8/22/2019 | State v. Chrisopher Chambers | Baltimore County, MD Circuit Court |
| 9/5/2019 | US v. Waqas Shah | US District Court of Maryland at Baltimore |
| 9/19/2019 | State v. Karacas Hyman | Baltimore City, MD Circuit Court |
| 10/8/2019 | State v. Cornelius Foster | Dorchester County, Maryland |
| 10/21/2019 | State v. Vernon Williams | Baltimore City, MD Circuit Court |
| 10/22/2019 | State v. Brian Campbell | Baltimore City, MD Circuit Court |
| 10/23/2019 | US v.Marlon Cruz Flores | US District Court of Maryland at Baltimore |
| 11/6/2019 | State v. Loney | Baltimore City, MD Circuit Court |
| 12/19/2019 | State v. Torres | Baltimore City, MD Circuit Court |
| 1/9/2020 | US v. Alex Smith | US District Court of Maryland at Baltimore |
| 1/15/2020 | US v. Carter ETAL | US District Court of Maryland at Baltimore |
| 1/16/2020 | State v. Jerome Pittman | Baltimore City, MD Circuit Court |
| 2/4/2020 | State v. Nyghe Johnson | Baltimore County, MD Circuit Court |
| 2/11/2020 | US v. Joshua Jackson | US District Court of Maryland at Greenbelt |
| 2/13/2020 | State v. Cornelius Foster | Dorchester County, Maryland |
| 2/18/2020 | US v. Herman Cook | District of Columbia Superior Court |
| 2/26/2020 | US v. Sydny Frazier | US District Court of Maryland at Baltimore |
| 3/4/2020 | State v. Calum Thomas | Anne Arundel County, MD Circuit Court |
| 3/10/2020 | State v. Andy Panton | Montgomery County, MD Circuit Court |
| 3/11/2020 | State v. Calum Thomas | Anne Arundel County Circuit Court |
| 8/26/2020 | US v. Charvez Brooks | US District Court of Maryland at Baltimore |
| 9/2/2020 | State v. Hap Seiders | Cumberland County, PA Circuit Court |
| 10/27/2020 | State v. Jarvis | Somerset County, MD District Court |
| 11/5/2020 | US v. Shannon White | US District Court Western District of North Carolina |
| 5/12/2021 | State v. Khiry Jones | Baltimore County, MD Circuit Court |
| 5/21/2021 | State v. Alston, Omoro FLoyd | Baltimore County, MD Circuit Court |
| 6/7/2021 | State v. Darvio Gilliam | Baltimore City, MD Circuit Court |
| 6/7/2021 | State v. Hugo Chavez | Baltimore County, MD Circuit Court |
| 6/10/2021 | State vs.Fennell and Haggins | Baltimore City, MD Circuit Court |
| 6/15/2021 | Commonwealth of PA v. Craig Hines | Cumberland County District Court |
| 8/25/2021 | Commonwealth of PA v. Cordae Jones | Cumberland County District Court |
| 9/1/2021 | State v. Royal Jamar Quinn | Baltimore City, MD Circuit Court |
| 9/2/2021 | State  v. Andy K. Panton | Montgomery County, MD Circuit Court |
| 9/9/2021 | US v. Demar Brown, et. al | US District Court of Maryland at Baltimore |
| 9/13/2021 | State v. Ronald Brown | Baltimore City, MD Circuit Court |
| 9/15/2021 | State v. Christopher Engles | Baltimore City, MD Circuit Court |
| 9/15/2021 | State v. Sean Melton (Daubert hearing) | Baltimore City, MD Circuit Court |
| 9/16/2021 | Commonwealth v. Dana Ganej | Luzerne County, PA Circuit Court |
| 9/17/2021 | State v. Sean Melton | Baltimore City, MD Circuit Court |
| 9/17/2021 | State v. Cleveland Deshields | Baltimore City, MD Circuit Court |
| 9/29/2021 | State v. Lawrence Banks | Baltimore City, MD Circuit Court |
| 10/5/2021 | State v. Ronald Brady | Baltimore City, MD Circuit Court |
| 10/14/2021 | State v. Malik Mungo | Baltimore County, MD Circuit Court |
| 10/19/2021 | State v. Jamal Norton | Baltimore City, MD Circuit Court |
| 10/26/2021 | State v. Albert Muldrow | Baltimore County, MD Circuit Court |
| 11/9/2021 | State v. Dion Boler | Baltimore County, MD Circuit Court |
| 12/7/2021 | State v. Keith Smith | Baltimore City, MD Circuit Court |
| 12/10/2021 | State v. Gregory Jones | Montgomery County, MD Circuit Court |
| 3/11/2022 | Talley v. Anne Arundel County (deposition) | Anne Arundel County, MD |
| 3/15/2022 | US v. Garnell Quarterman | US District Court for the Southern District of Georgia |
| 3/18/2022 | US v. Linwood Thorne | US District Court for the District of Columbia |
| 3/28/2022 | State v. Sheron Garrett | Harford County, MD Circuit Court |
| 3/30/2022 | State v. Brian Campbell | Baltimore City, MD Circuit Court |
| 3/31/2022 | State v. Mason / Small | Berkely County, WV Circuit Court |
| 4/11/2022 | State v. Jacovi Johnson | Anne Arundel County, MD Circuit Court |
| 4/14/2022 | State v. Julio Ramirez-Peraza | Polk County, FL (10th Circuit) |
| 5/4/2022 | US v. James Hutchings | US District Court for the District of Columbia |
| 5/5/2022 | State v. Kalere Anderson | Guilford County, NC Circuit Court |
| 5/16/2022 | US v. Pierre Lewis | US District Court for the District of Columbia |
| 6/1/2022 | US v. Andre Briscoe | US District Court for the District of Maryland |
| 6/30/2022 | State v. Gabriel Curry | Edgfield County, SC Circuit Court |

SSA Mathew J. Wilde

Testimony List as of 2/19/2025

| 7/18/2022 | State v. Lazaro Toledo | Polk County, FL (10th Circuit) |
| 7/21/2022 | State v. Rendell Johnson | Prince George's County Circuit Court |
| 9/13/2022 | State v. Marco Holmes (Re-Trial) | Baltimore City, MD Circuit Court |
| 11/10/2022 | State v. Tyrone White (Re-Trial) | Baltimore City, MD Circuit Court |
| 11/14/2022 | US v. Dion Oliver | US District Court for the District of Delaware |
| 1/12/2023 | US v. Deshawn Whited | US District Court for the Eastern District of Tennessee |
| 2/10/2023 | State v. Alex Murdaugh | Colleton County, SC Circuit Court |
| 2/16/2023 | State v. Martin Brooks | Baltimore City, MD Circuit Court |
| 3/28/2023 | State v. Ronald Brady | Baltimore City, MD Circuit Court |
| 3/29/2023 | State v. Calvin McCrea | Baltimore City, MD Circuit Court |
| 3/29/2023 | State v. Sean Melton | Baltimore City, MD Circuit Court |
| 3/30/2023 | State v. Roshon Jordan | Knox County, TN Circuit Court |
| 4/14/2023 | State v. Johnson | York County, SC Circuit Court |
| 4/21/2023 | State v. Dion Boler | Baltimore County, MD Circuit Court |
| 4/26/2023 | US v. Delgado, et. al | US District Court for the Middle District of Tennessee |
| 5/8/2023 | US v. Taeyan Williams & Scott Williams | US District Court for the District of Maryland |
| 7/10/2023 | US v. Felix Verdejo | US District Court for San Juan Puerto Rico |
| 7/20/2023 | State v. Michael Robertson | Baltimore City, MD Circuit Court |
| 10/18/2023 | US v. Antonio Smith | US District Court for the Middle District of North Carolina |
| 12/20/2023 | State v. Francisco Maldanado-Molina | Spartanburg County, SC Circuit Court |
| 1/19/2024 | US v. Aguilera Sagastizado | US District Court for the Eastern District of VA |
| 4/18/2024 | State v. Fields | Greenville County, SC Circuit Court |
| 4/25/2024 | State v. Paul Bumgarner | York County, SC Circuit Court |
| 4/29/2024 | State v. Marcus McClinton | Guilford County, NC Circuit Court |
| 11/4/2024 | State v. Timothy Douglass (Jones Hearing) | Greenville County, SC Circuit Court |
| 11/20/2024 | State v. Albert Muldrow | Baltimore County, MD Circuit Court |
| 12/5/2024 | State v. Tyrell Williams | Baltimore City, MD Circuit Court |
| 1/15/2025 | State v. Richard Hudson | Lexington County, SC Circuit Court |
| 2/13/2025 | State v. Zachary Hughes | Greenville County, SC Circuit Court |