

# Spartanburg County Sheriff's Office
# Digital Forensics Lab

**Lindsey H. McGraw II**
8045 Howard Street
Spartanburg, SC  29303
Phone: 864-809-1283
lmcgraw@spartanburgcounty.org

## Curriculum Vitae

**About the Examiner:**
- Currently assigned as a civilian Digital Forensics Examiner for the Spartanburg County Sheriff's Office
- 13 years experience as a digital forensics examiner:
    - Seized and processed electronic evidence including computers, mobile devices, cellular telephones, GPS devices, and vehicle telematics/infotainment systems
    - Performed forensic examinations, data recovery, and analysis of electronic devices in support of criminal investigations
    - Recovered digital evidence and prepared reports of findings
    - Testified in court as a subject matter expert
- 25 years law enforcement experience including:
    - 18 months as a computer forensics investigator with the South Carolina Attorney General's Office, Internet Crimes Against Children Task Force (November 2017 through April 2019)
    - 12 years as the assigned computer forensics investigator for the Spartanburg County Sheriff's Office (August 2005 through April 2017 - retired)
    - Four years as a senior investigator with the Solicitor's Office, Seventh Judicial Circuit, (July 1996 through October 2000)
    - Nine years as a Special Agent with the US Air Force Office of Special Investigations (January 1987 through July 1996)
- Retired from the US Air Force at the rank of Senior Master Sergeant after 20 years of service

**Certifications:**
- State of South Carolina certified law enforcement officer (2005-2017)
- Certified Forensic Computer Examiner (CFCE) - International Association of Computer Investigative Specialists (IACIS), 2008 (Recertified CFCE in 2011, 2014, and 2017)

**Formal Education and Degrees:**
- AAS - Criminal Justice - Community College of the Air Force
- AAS - Radio Communications Technology - Community College of the Air Force

**Training:**
- Axiom Investigations – AX200, 32 hrs, Magnet Forensics, Myrtle Beach, SC, June 2018
- Crash Data Retrieval (CDR) Technician Level I/II, 16 hrs, Collision Safety Institute, Marietta, GA, August 2016
- Crash Data Retrieval (CDR) Data Analyst, 40 hrs, Collision Safety Institute, Chantilly, VA, June 2016
- Vehicle System Forensics, 32 Hrs, Berla Corporation, Millersville, MD, October 2015

7:23-cr-00900-TMC    Date Filed 04/29/25    Entry Number 84-1    Page 2 of 2

- Advanced Forensics Training (AFT 15-02), 64 hrs, National Computer Forensics Institute (NCFI)/US Secret Service (USSS), Hoover, AL, July 2015
- Blacklight Tool Training/Certified Blacklight Examiner, 16 hrs, Blacklight Technologies, Inc., Greenville, SC, November 2014
- Network Intrusion Response Program Training (NITRO 14-02), 112 hrs, NCFI/USSS, Hoover, AL, August 2014
- Cellebrite Certified Logical Operator (CCLO)/Cellebrite Certified Physical Analyst (CCPA), 40 Hrs, Cellebrite Forensics, Myrtle Beach, SC, May 2014
- Lantern Certified Examiner, 24 hrs, Katana Forensics, Inc, Duncan, SC, February 2014
- Mobile Device Repair and JTAG Forensics, 40 hrs, Teel Technologies, Atlanta, GA, March 2013
- ICAC Forensic Artifacts in P2P Investigations Training, 1.5 Hrs, OJJDP, Atlanta, GA, April 2012
- ICAC Windows Volume Shadow Copy Training, 1.5 Hrs, OJJDP, Atlanta, GA, April 2012
- Basic Computer Evidence Recovery Training (BCERT 11-03), 192 hrs, NCFI/USSS, Hoover, AL, February 2012
- Secure Techniques for On-site Previews Instructor Course, 40 hrs, National White Collar Crime Center, Columbia, SC, June 2011
- MFI Bitpim & Cellular Phone Artifacts, 8 hrs, Mobile Forensics Inc., Group Internet Based, May 2011
- Call Detail Records and GPS Devices, 7 hrs, Mobile Forensics Inc., Group Internet Based, Mar 2011
- Mobile Forensics Workshop 303, 35 hrs, Mobile Forensics Inc., Sterling, VA, Mar 2011
- Mobile Forensics Workshop 202, 35 hrs, Mobile Forensics Inc., Sterling, VA, Feb 2011
- ICAC Recovering Volatile Data, 3.5 Hrs, Office of Juvenile Justice and Delinquency Prevention (OJJDP), Jacksonville, FL, May 2010
- ICAC Apple Macintosh Forensics, 3.5 Hrs, OJJDP, Jacksonville, FL, May 2010
- ICAC Windows 7 Client Forensics, 3.5 Hrs, OJJDP, Jacksonville, FL, May 2010
- Computer Forensics II, 32 hrs, Guidance Software, Sterling, VA, Jan 2008
- Core Skills for Investigation of Cellular Telephone, 32 hrs, SEARCH, Columbia, SC, Nov 2007
- ICAC Peer Precision, 28 hrs, OJJDP/ICAC, Greenville, SC, Mar 2007
- Seized Computer Evidence and Recovery Specialist (SCERS 701), 80 hrs, Federal Law Enforcement Training Center (FLETC), Glynco, GA, Dec 2006
- FBI-CART Image Scan System version 2.1, 7 hrs, FBI, Columbia, SC, Oct 2006
- Intermediate Data Recovery and Analysis, 40 hrs, National White Collar Crime Center, Columbia, SC, Jun 2006
- Introduction to Computer Forensics, 40 hrs, Computer-forensics.com, Glen Lyn, VA, Feb 2006
- SC Basic Law Enforcement (Basic Law 481), 9 wks, SCCJA, Columbia, SC, Dec 2005 *(J.P. Strom Award recipient)*
- Computer Forensics Introduction, Spartanburg Technical College, Spartanburg, SC, Jun 2005
- Computer Hacking Forensics Investigator, 40 hrs, New Horizons, Greenville, SC, Jan 2005
- Investigation of Computer Crime, 40 hrs, SEARCH, Columbia, SC, Mar 1999
- SC Basic Law (Class III Certification), 2 wks, SCCJA, Columbia, SC, Aug 1996
- Advanced Security Vulnerability Investigations, 2 wks, AFOSI, Bolling AFB, Washington, DC, Nov 1988
- USAF Technical Agent Course, 10 wks, AFOSI, Bolling AFB, Washington, DC, Dec 1987
- USAF Special Investigations Academy, 11 wks, AFOSI, Bolling AFB, Washington, DC, Mar 1987 *(Distinguished Graduate)*