IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 7:23-900 |
| | ) | |
| v. | ) | NOTICE OF APPEARANCE |
| | ) | |
| DA'RON JEROME COLLINS | ) | |

Assistant United States Attorney, Ariyana N. Gore, hereby files this Notice of Appearance in the above-captioned case.

BRYAN P. STIRLING
UNITED STATES ATTORNEY

By:  s/ Ariyana N. Gore
Ariyana N. Gore (#13881)
Assistant U. S. Attorney
1441 Main Street, Suite 500
Columbia, SC 29201
803-929-3000
Ariyana.Gore@usdoj.gov

May, 15 2025